**The below described is SIGNED.**

**Dated: August 4, 2014**

*/s/ William T. Thurman*
**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



*tks*

---

*Prepared and Submitted by*:

Peggy Hunt (Utah State Bar No. 6060)
Chapter 7 Trustee
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-8911
Facsimile: (801) 933-7373
Email: hunttrustee@gmail.com

*Peggy Hunt, Chapter 7 Trustee*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Case No. 14-21539 |
|---|---|
| LAURA JEAN DALEY, | Chapter 7 |
| Debtor. | The Honorable William T. Thurman |

### ORDER APPROVING FINAL REPORT AND APPLICATIONS
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
### AND TRUSTEE'S PROCEDURES

The Trustee has filed *Trustee's Final Report and Account Before Distribution* (the "Final Report") which has been reviewed by the United States Trustee.  A Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (the "Notice") was served on all creditors and parties in interest in this case, and no further notice is required.

The deadline to file objections or otherwise respond to the Trustee's Final Report has passed, and no objections or responses have been filed.

The Court has reviewed the Final Report, the Application for Compensation for the Trustee, and the Notice, as well applicable law, and based thereon and for good cause shown,

**IT IS HEREBY ORDERED that:**

1. The Trustee's Application for Compensation seeking a commission in the total amount of $585.98 and reimbursement of actual costs expended in the total amount of $35.15, for a total of $621.13 is **APPROVED**;

2. The Trustee's Final Report is **APPROVED**, and the Trustee is authorized to make distributions as set forth therein; and

3. After filing a final account and upon the closing of this case, the Trustee is authorized to abandon and/or destroy records in her possession relevant to the above-captioned case.

-------------------------------------------END OF ORDER-------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER APPROVING FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND TRUSTEE'S PROCEDURES** shall be served to the parties in the manner designated below:

**By Electronic Service**:  I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Mary M. Hunt tr**    hunttrustee@gmail.com, hunt.peggy@dorsey.com;UT18@ecfcbis.com
- **Curt W. Morris**    curtmorris@bmalaw.comcastbiz.net
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

_____